**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MADELINE GORIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:20-cv-01387 |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON.COM SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED.**

BRIDGET ''. ''RENNAN
U.S. DISTRICT JUDGE

May 2, 2022

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Madeline Gorie and Defendant

Amazon.com Services, LLC that the claims set forth in the above-captioned actions are hereby

dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Except as provided by agreement, the parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| **LAZZARO LAW FIRM, LLC** | **MORGAN, LEWIS & BOCKIUS, LLP** |
| By: *s/ Lori M. Griffin* | By: *s/ Andrew J. Barber* |
| Lori M. Griffin (OH ID No. 0085241) | Andrew J. Barber (OH ID No. 0091160) |
| Anthony J. Lazzaro (OH ID No. 0077962) | andrew.barber@morganlewis.com |
| The Heritage Building, Suite 250 | One Oxford Centre, 32nd Fl. |
| 34555 Chagrin Boulevard | 301 Grant Street |
| Moreland Hills, OH 44022 | Pittsburgh, PA  15219 |
| lori@lazzarolawfirm.com | Tel: (412) 560.7449 |
| anthony@lazzarolawfirm.com | Fax: (412) 560.7001 |
| Tel: (216) 696.5000 | |
| | Sari M. Alamuddin (admitted *pro hac vice*) |
| Attorneys for Plaintiffs | sari.alamuddin@morganlewis.com |
| | Kevin F. Gaffney (admitted *pro hac vice*) |

kevin.gaffney@morganlewis.com
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: (312) 324-1000
Fax: (312) 324-1001

Richard G. Rosenblatt (admitted *pro hac vice)*
richard.rosenblatt@morganlewis.com
Joseph A. Nuccio (admitted *pro hac vice*)
joseph.nuccio@morganlewis.com
502 Carnegie Center
Princeton, NJ 08540
Tel: (609) 919-6600
Fax: (609) 919-6701

Stephanie R. Reiss (admitted *pro hac vice*)
stephanie.reiss@morganlewis.com
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-3378
Fax: (412) 560-7001

*Attorneys for Defendant, Amazon.com Services, LLC*

2